THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY PATU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW FAIRCHILD,<br><br>　　　　　Defendant. | CASE NO. C16-0386-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Brian A. Tsuchida (Dkt. No. 8) and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's applications to proceed *in forma pauperis* (Dkt. Nos. 6 and 7) are DENIED.

(3) Plaintiff is ORDERED to pay the $400.00 filing fee within thirty (30) days of this Order.

(4) The Clerk is DIRECTED to send copies of this Order to Plaintiff.

//

//

//

//

1  DATED this 23rd day of June 2016.

/s/ John C. Coughenour
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2